■ (A) WALTER BECKER, Respondent, v. ERNEST RIECK, Defendant, and CHARLES BECKER, Appellant. (B) In the Matter of BEVERLY BROWN, Respond-

ent, v. WILLIAM J. WILSON, Appellant. (C) GERTRUDE CHEW, as Administratrix of the Estate of MEARL CHEW, Deceased, Respondent, v. DELORES H. DUFFY, Appellant. (D) JOSEPH O. KLEIN et al., Appellants, v. RUSSELL W. DIETER, Defendant, and LEO F. GAUDY, Respondent. (E) WEDTKE REALTY CORP., Respondent, v. MICHAEL KARANAS, Appellant.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Appellate Division, Fourth Department, Calendar Rules.